
# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

DAVID S. KINYON
45239 N. 16th Street
New River, AZ 85087
SSAN: xxx–xx–7948
EIN:

MICHELLE R. KINYON
45239 N. 16th Street
New River, AZ 85087
SSAN: xxx–xx–1736
EIN:

Debtor(s)

Case No.: 2:20–bk–00863–PS

Chapter: 7

## ORDER SETTING HEARING ON REAFFIRMATION AGREEMENT

This matter is before the Court pursuant to Debtor(s) Application for Reaffirmation of a debt with **FREEDOMROAD FINANCIAL** in the amount of **$ 15,544.73**. After due consideration of the Reaffirmation Agreement, and the applicable law, the record herein, and under the present posture of the case, the Court finds the Reaffirmation Agreement might impose an undue hardship on the Debtor(s) pursuant to 11 U.S.C. § 524. The Court will set a hearing on this matter.

PER THE COURT'S GENERAL ORDER 20–3, THIS WILL BE A TELEPHONIC HEARING, CALL (877)402–9757 ACCESS CODE 4376956 TO MAKE AN APPEARANCE AT THIS HEARING.

Once you connect to the call, please place your phone on mute until your case is called. It is not necessary to announce your presence until your case is called and Judge Sala asks for appearances.

IT IS ORDERED setting a hearing on the Reaffirmation Agreement on FEBRUARY 9, 2021, at 1:30 P.M. at the

☐ United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom 601, Phoenix, Arizona 85003.
☐ Mohave County Superior Court, 2225 Trane Road, Courtroom R, Bullhead City, Arizona 86442.

IT IS FURTHER ORDERED directing counsel to appear at the hearing along with the Debtor.

IT IS FURTHER ORDERED directing the Clerk's Office to <u>immediately</u> provide notice of this Order to the Debtor, Debtor(s) counsel and interested parties.

SIGNED AND DATED ABOVE