**Fill in this information to identify the case:**

Debtor 1    David S. Kinyon

Debtor 2    Michelle R. Kinyon
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of Arizona
                                                         (State)

Case number    2:20-bk-00863-PS

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation      **Court claim no.** (if known): _____ 11-1

**Last 4 digits** of any number you use to identify the debtor's account:    8   8   7   1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: ____/____/_____

| **Part 1:** | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 2/28/2020: Plan Objection | (3) | $ 550.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 3/10/2020: Proof of Claim/Plan Review ($950) & 410A Prep ($250) | (5) | $ 1,200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Case 2:20-bk-00863-PS    Doc    Filed 03/16/20    Entered 03/16/20 07:19:11    Desc Main
                     Document      Page 1 of 6

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ D. Anthony Sottile
     Signature

Date   3 / 16 / 2020

Print:    D. Anthony Sottile
     First Name    Middle Name    Last Name

Title   Authorized Agent for Creditor

Company    Sottile & Barile, LLC

Address    394 Wards Corner Road, Suite 180
     Number      Street
     Loveland, OH 45140
     City      State    ZIP Code

Contact phone   ( 513 ) 444 – 4100

Email   bankruptcy@sottileandbarile.com

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Robertson, Anschutz, Schneid & Crane, LLC | **Regarding:** | | **Invoice Number:** | ▮▮▮▮ |
| **Address:** | 10700 Abbotts Bridge Road, Suite 110 | KINYON MICHELLE R | | **Invoice Status:** | Check Confirmed |
| | Duluth, GA 30097 | 45239N 16TH ST | | **Loan No.:** | ▮▮▮▮ |
| **Payee Code:** | ATRASCRANE | NEW RIVER, AZ 85087 | | **Loan Type:** | FannieMae |
| **Vendor Contact:** | | | | **Acquistion Date:** | |
| **Vendor Ref #:** | ▮▮▮▮ | | | | |
| **Servicer:** | ancial Corporation - (308) | | | **Type:** | Non-Judicial |
| **Inv. ID / Cat. ID** | F01/001 | | | **Referral Date :** | 1/24/2020 |
| **Investor Name** | **FANNIE MAE** | | | **Loan Location:** | |
| **Invoice ID** | ▮▮▮▮ | | | **BK Case No:** | 20-00863 |
| **Litigation Status Code:** | | | | **Submitted Date:** | **3/3/2020** |
| **Man Code:** | **B** | | | **Vendor Invoice Date:** | 3/3/2020 |
| | | | | **Paid In Full Date:** | N/A |
| | | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| | | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:  $310,500.00**

<strong>Bankruptcy - Bankruptcy Services - Chapter 13</strong>

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/03/2020 | 03/05/2020 | 03/05/2020 | | 03/05/2020 | 03/05/2020 | 03/06/2020 | 3 |

Dept | IPA Requests | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $550.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | **Inv Amt:** | **$550.00** | **Prev. Billed:** | **$0.00** | **Loan Total Fees/Costs Prev.Billed:** $691.00 | **Exc Ord Allw:** |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | 02/28/20 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |
| **Note:** Bankruptcy Plan Objection | | | | | | | |
| | | | | | **Total:** $550.00 | $0.00 | $550.00 |
| | | | | | **Invoice Total:** $550.00 | $0.00 | $550.00 |

| | | | | |
|---|---|---|---|---|
| **Vendor** | Sottile & Barile, LLC | **Regarding:** | **Invoice Number:** | ███ |
| **Address:** | 394 Wards Corner Road | KINYON MICHELLE R | **Invoice Status:** | Check Confirmed |
| | Suite 180 | 45239N 16TH ST | **Loan No.:** | ███ |
| | Loveland, OH 44136 | NEW RIVER, AZ 85087 | **Loan Type:** | FannieMae |
| **Payee Code:** | ATSOTTILE | | **Acquistion Date:** | |
| **Vendor Contact:** | Jessy Engel | | **Type:** | Non-Judicial |
| **Vendor Ref #:** | ███ | | **Referral Date :** | 1/28/2020 |
| **Servicer:** | Home Point Financial Corporation - (308) | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | | | **BK Case No:** | 20-00863 |
| **Investor Name** | FANNIE MAE | | **Submitted Date:** | **3/10/2020** |
| **Invoice ID** | | | **Vendor Invoice Date:** | 3/10/2020 |
| **Litigation Status Code:** | | | **Paid In Full Date:** | N/A |
| **Man Code:** | B | | **Foreclosure Removal Date:** | N/A |
| | | | **MS Status:** | N/A |
| | | | **Relief Requested Date:** | N/A |
| | | | **Protection Begin Date:** | N/A |
| | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:**   **$310,500.00**

**Bankruptcy - Bankruptcy Services - Chapter 13**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/10/2020 | 03/10/2020 | 03/10/2020 | 03/10/2020 | 03/10/2020 | 03/10/2020 | 03/11/2020 | 1 |

Dept | IPA Requests | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | Total: | $1,200.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | Inv Amt: | **$1,200.00** | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $1,246.00 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 03/10/20 | 1 | $950.00 | $950.00 | $0.00 | $950.00 |
| **Note:** recoverable through a timely filed PPFN and after confirming with local counsel | | | | | | | |
| Attorney Fees | Bankruptcy Fee | 03/10/20 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note:** Recoverable | | | | | | | |
| | | | | **Total:** | **$1,200.00** | **$0.00** | **$1,200.00** |
| | | | | **Invoice Total:** | **$1,200.00** | **$0.00** | **$1,200.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

In Re:                                                    Case No. 2:20-bk-00863-PS

David S. Kinyon
Michelle R. Kinyon                                Chapter 13

Debtors.                                              Judge Paul Sala

---

### CERTIFICATE OF SERVICE

I certify that on March 16, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

       Scott W. Hyder, Debtors' Counsel
       shyder@scotthyderlaw.com

       Russell Brown, Chapter 13 Trustee
       mail@ch13bk.com

       Office of the United States Trustee
       ustpregion14.px.ecf@usdoj.gov

I further certify that on March 16, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

       David S. Kinyon, Debtor
       45239 N. 16th Street
       New River, AZ 85087

Michelle R. Kinyon, Debtor
45239 N. 16th Street
New River, AZ 85087

Dated: March 16, 2020

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com